UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TOLAN, RICHARD P | ) | CASE NO. 04-33698 |
| | ) | |
| Debtor(s) | ) | Hon. A. BENJAMIN GOLDGAR |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: Park City Branch Court, Courtroom B, 301 Greenleaf Avenue, Park City, IL 60085

   On: September 18, 2009          Time: 2:00 p.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $23,330.36 |
   | Disbursements | $112.59 |
   | Net Cash Available for Distribution | $23,217.77 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Joel A. Schechter TRUSTEE | $0.00 | $3,083.04 | $0.00 |
   | JOEL A. SCHECHTER TRUSTEE ATTORNEY | $0.00 | $7,068.75 | $37.49 |
   | CLERK OF THE BANKRUPTCY COURT, ADVERSARY FILING FEE | | | $150.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $54,310.50 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 23.99%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 8 | DEPT OF THE TREASURY-IRS | $54,310.50 | $12,878.49 |

7. Claims of general unsecured creditors totaling $78,089,373.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 0 | DEPARTMENT OF THE TREASURY | $44,949.98 | $0.00 |
| 1 | BELL SOUTH TELECOMMUNICATIONS INC | $6,252,815.76 | $0.00 |
| 2 | JAMES C BROWN, TRUSTEE FOR EZ TALK | $3,922,145.56 | $0.00 |
| 3 | RONALD R. PETERSON, NOT INDIVIDUALL | $24,424,315.13 | $0.00 |
| 4 | RONALD R. PETERSON, NOT INDIVIDUALL | $31,120,875.55 | $0.00 |
| 5 | SOUTHWESTERN BELL TELEPHONE COMPANY | $12,287,586.16 | $0.00 |
| 6 | PACIFIC BELL TELEPHONE COMPANY | $22,610.43 | $0.00 |
| 7 | AMERITECH SERVICES, INC. | $14,074.71 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Legal malpractice claims | 8,000,000.00 |

Dated: June 30, 2009

For the Court,

By: _____
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     Joel A. Schechter
Address:     53 West Jackson
             Suite 1025
             Chicago, IL 60604
Phone No.:   (312) 332-0267

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: wepps               Page 1 of 2            Date Rcvd: Aug 11, 2009
Case: 04-33698                Form ID: pdf006           Total Noticed: 57


The following entities were noticed by first class mail on Aug 13, 2009.
db              Richard P Tolan,    595 Cherokee Road,    Highland Park, IL 60035
aty            +Joel A Schechter,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1025,
                 Chicago, IL 60604-3650
aty            +Paul M Rosenblatt,    Kilpatrick Stockton LLP,    1100 Peachtreet Street NE,
                 Atlanta, GA 30309-4530
aty            +Paul W Casbarian,    Law Office of Paul W. Casbarian,    215 Clearbrook Court,
                 Schaumburg, IL 60193-3173
tr             +Joel A Schechter, ESQ,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1025,
                 Chicago, IL 60604-3650
8589946         All Tell,    P O Box 9001908,    Louisville, KY 40290-1908
9629618        +Ameritech Services, Inc.,    c/o SBC Communications, Inc.,    Cheryl Becker - 1M Bankruptcy,
                 722 N. Broadway, Floor 11,    Milwaukee, WI 53202-4303
8589947         Ameritech-Wis Cabs,    P O Box 1838,    Saginaw, MI 48605-1838
8589948         At & T Wireless,    P O Box 8229,    Aurora, IL 60572-8229
8589949         At& t  Wireless-Chicago,    P O B ox 8220,    Aurora, IL 60572-8220
8589952         BSP Telephone Company,    P O Box 550,    Bernie , MO 63822-0550
8764899        +Bell South,    PO Box 740144,    Atlanta, GA 30374-0144
8589951         Bell South,    85 Annex,    Atlanta, GA 30385-0001
8589950         Bell South Telecommunications Inc,    c/o Kilpatrick Stockton LLP,    1100 Peachtree Street  NE,
                 Atlanta, GA  30309-4530
8598767        +BellSouth Telecommunications Inc,    c/o Shaw Gussis Fishman Glantz Wolfson,
                 321 N Clark St  Ste 800,    Chicago, IL 60654-4766
8589954         Connect America Inc,    P O Box 527,    Naperville, IL 60566-0527
8589955         Darrell S Laddin,    Arnell Golden Gregory llp,    2800 N One Atlantic Center,
                 Atlanta, GA 30309-3450
8589956        +EZ Talk Communication LLC,    1245 E Diehl Road Ste 300,    Naperville, IL 60563-4816
8589957        +Ford County Communications,    100 Gunsmoke Street,    DodgeCity, KS 67801-4401
8589958         Grand River Mutual Telecom Serv,    7923 NE State Route M,    Breckenridge, MO 64625
8589945       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Department of the Treasury-Internal Revenue Servic,
                 Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8589944       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Dept of the Treasury-IRS,    Centralized Insolvency Operations,
                 Po Box 21126,    Philadelphia, PA 19114)
11334550      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
                 P.O.Box 21126,    Philadelphia,Pa 19114)
8589960         Intermidia Communications,    P O Box 915121,    Orlando, FL 32891-5121
8764900        +James C Brown Trustee,    Adelman & Gettleman,    53 W Jackson St Ste 1050,
                 Chicago, IL 60604-3786
8483463        +James C Brown Trustee for the Members Interest,    Holders of E2 Talk Communications LLc,
                 co Matthew Henneman,    1010 Lamar Suite 1600,    Houston, Tx 77002-6325
8917092        +James C Brown, Trustee for EZ Talk et al,    4703 Menlo Park Drive,    Sugar Land, TX 77479-3829
8589961        +Key Tech Communication,    P O Box 665,    West Monroe, LA 71294-0665
8589962         Lets Talk Wireless,    726 N 3rd Street,    Bardstown, KY 40004
8589963        +Mid Missouri Telephone Company,    215 Roe Street,    P O Box 38,    Pilot Grove, MO 65276-0038
9629572        +Pacific Bell Telephone Company,    c/o SBC Communications, Inc.,    Cheryl Becker - 1M Bankruptcy,
                 722 N. broadway, Floor 11,    Milwaukee, WI 53202-4303
8589964        +Paul M Rosenblatt Esq,    Kilpatrick Stockton LLp,    1100 Peachtree St NE Ste 2800,
                 Atlanta, GA 30309-4530
8589965        +Peregrine Services Inc,    504 N 17th St,    Monroe, LA 71201-6440
8926185        +Ronald R. Peterson, not individually,,    but as Chapter 7 Trustee of,    Delta Phones, Inc.,
                 Jenner & Block LLP,    One IBM PLaza,    Chicago, IL 60611-7603
8926161        +Ronald R. Peterson, not individually,,    but as Chapter 7 Trustee of EZ Talk,
                 Communications LLC,    Jenner & Block LLP,    One IBM Plaza,    Chicago, IL 60611-7603
8589969        +SBC,    Law Dept  STE 27A,    225 W Randolph St,    Chicago, IL 60606-1838
8765056         SBC,    Bill Payment Center,    Chicago, IL 60663
8589967         Satelink,    P O Box 2153 Dept 3314,    Birmingham, AL 35201-2153
8589968         Savis Communication Corp,    P O Box 501880,    Saint Louis, MO 63150-2880
8589970        +Southwestern BelL,    P O Box 650502,    Dallas, TX 75265-0502
9629030        +Southwestern Bell telephone Company,    c/o Cheryl Becker IM Bankruptcy,
                 722 North Broadway, Floor 11,    Milwaukee, WI 53202-4303,    53202
8589971         Sprint,    P O Box 650270,    dallas, TX 75265-0270
8589943        +State Of IL Dept EMP Security,    Bankruptcy Unit,    401 S State St,    Chicago, IL 60605-1229
8764796        +State of Il Dept Emp Security,    PO Box 6996,    Chicago, IL 60680-6996
8589972         Stay in Touch,    P O Box 44108,    Shreveport, LA 71134-4108
8589973        +T-Mobile,    P O Box 74265-0270,    Cincinnati, OH 45274-2596
8589974         Valor Telcom,    P O Box 660766,    Dallas, TX 75266-0766
8589975         Verizon California,    P O Box 30001,    Inglewood, CA 90313-0001
8764901        +Verizon California,    PO Box 3001,    Inglewood, CA 90304-0001
8589980         Verizon-South,    P O Box 920041,    Dallas, TX 75392-0041
The following entities were noticed by electronic transmission on Aug 12, 2009.
8589953        +E-mail/Text: RAINACH@MSN.COM                           Century Telephone,    P O Box 6000,
                 Marion, LA 71260-6000
8589966         E-mail/Text: bklaw@qwest.com                           Qwest,    P O Box 29060,
                 Phoenix, AZ 85038-9060
8589979        +E-mail/PDF: bankruptcyverizoncom@afni.com Aug 12 2009 02:54:25      Verizon PA,    P O Box 920041,
                 Dallas, TX 75392-0041
```

```
District/off: 0752-1          User: wepps                Page 2 of 2               Date Rcvd: Aug 11, 2009
Case: 04-33698                Form ID: pdf006            Total Noticed: 57

The following entities were noticed by electronic transmission (continued)
8589976       E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 12 2009 02:52:23      Verizon Wireless,
              P O Box 660108,    Dallas, TX 75266-0108
8765057      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 12 2009 02:57:28      Verizon Wireless-CA,
              PO Box 4001,    Inglewood, CA 90309-4001
8589977       E-mail/PDF: bankruptcyverizoncom@afni.com Aug 12 2009 02:54:31      Verizon-MD,    P O Box 920041,
              Dallas, TX 75392-0041
8589978       E-mail/PDF: bankruptcyverizoncom@afni.com Aug 12 2009 02:55:08      Verizon-NJ,    P O Box 4833,
              Trenton, zNzJ 08650-4833
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8589959       int
8765054*     +Bell South,    PO Box 740144,    Atlanta, GA 30374-0144
8765053*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8765055*     +James C Brown Trustee,    Adelman & Gettleman,    53 W Jackson St Ste 1050,
              Chicago, IL 60604-3786
8765052*     +State of IL Dept Emp Security,    PO Box 6996,    Chicago, IL 60680-6996
                                                                                              TOTALS: 1, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2009**              **Signature:**   *Joseph Speetjens*