UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )
                                    ) CASE NO. 04-33698
                                    )
       Richard P. Tolan,            )
                                    ) CHAPTER 7
              Debtor                )
                                    ) HON. A. Benjamin Goldgar
                                    )
                                    )
                                    )

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:  THE HONORABLE A. BENJAMIN GOLDGAR,
     BANKRUPTCY JUDGE

     Final distribution of all monies has been made in accordance
with the Order Awarding Compensation and Expenses and the Trustee's
Distribution Report, copies of which are attached hereto as Group
Exhibit "A".

     All checks have been cashed.  Evidence of all cancelled checks
since the filing of the Trustee's Final Report is set forth on the
attached Exhibit "B".  Exhibit "B" also includes a bank statement
showing a balance of zero for this estate.

     The Trustee certifies that the estate has been fully
administered and requests that he be discharged and that the case
be closed pursuant to 11 U.S.C. Sec. 350.


DATED: November 30, 2010            /s/ Joel A. Schechter
                                         TRUSTEE


Joel A. Schechter
Atty #03122099
Law Offices of Joel A. Schechter
53 West Jackson-Suite 1522
Chicago, IL  60604
(312) 332-0267